**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reco D. Manning | 5:23-CV-00137-R |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| (Warden) Terrance Dickerson | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Cushing C.C.F.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 3200 S Kings HWY, Cushing, OK 74023-5337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cushing C.C.F.
3200 S Kings HWY
Cushing, OK 74023-5337

Jesup F.C.I
2600 HWY 301 South
Jesup GA. 31599

Number of process to be served with this Form 285: 1-3
Number of parties to be served in this case: 1-3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**RECEIVED APR 27 2023 U.S. MARSHALS W/OK**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 3-27-2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No. 64
District to Serve No. 64
Signature of Authorized USMS Deputy or Clerk
Date: 5/2/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): A.C.S. Kimberly Sullivan
Date: 5/24/23   Time: 8:20 ☒ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: 5175

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Mi: 130mi
time: 3hrs

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reco D. Manning | 5:23-CV-00137-R |
| DEFENDANT | TYPE OF PROCESS |
| (Assistance Chief Security) Kimberly Hilligoss | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cushing C.C.F.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3200 S Kings HWY, Cushing OK 74023-5337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jesup F.C.I.
2600 HWY 301 South
Jesup, GA 31599

Number of process to be served with this Form 285: 2-3
Number of parties to be served in this case: 2-3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RECEIVED
APR 27 2023
U.S. MARSHALS W/OK

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 3-24-2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 64
District to Serve No.: 64
Signature of Authorized USMS Deputy or Clerk
Date: 5/2/23

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
A.C.S. Kimberly Sullivan

Date: 3/24/23
Time: 8:20 ☑ am ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy
51713

Costs shown on attached USMS Cost Sheet >>

REMARKS

Mi: 130 mi
time: 3 hrs

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reco D. Manning | 5:23-CV-00137-R |
| DEFENDANT | TYPE OF PROCESS |
| (Human Resource) Miss Holly | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cushing C.C.F.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3200 S kings HWY, Cushing, OK 74023-5337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Jesup F.C.I
2600 HWY 301 South
Jesup, GA 31599

Number of process to be served with this Form 285: 3-3
Number of parties to be served in this case: 3-3
Check for service on U.S.A.

RECEIVED APR 27 2023 U.S. MARSHALS W/OK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 3-27-2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No.: 64
District to Serve No.: 64
Signature of Authorized USMS Deputy or Clerk: JB
Date: 5/2/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): A.C.S. Kimberly Sullivan
Date: 5/24/23  Time: 8:20 ☑ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: [signature] 5/7/3

Costs shown on attached USMS Cost Sheet >>

REMARKS:
Mi: 130mi
time: 3 hrs

(4)

Form USM-285 Rev. 03/21

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reco D. Manning | 5:23-CV-00137-R |
| DEFENDANT | TYPE OF PROCESS |
| Core Civic (Warden), (A.C.S), (Human Resource) | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3200 S Kings Hwy Cushing, OK 74023

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

"Warden" Terrence Dickerson - Cushing-CCF, 3200 S Kings Hwy, Cushing OK 74023-5337

**RECEIVED APR 27 2023 U.S. MARSHALS W/OK**

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER | DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 64 | 64 | JB | 5/2/23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): A.C.S. Kimberly Sullivan

Date: 5/24/23   Time: 8:20 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy: 51715

**REMARKS**

Mi: 130 mi
Time: 3hrs

Form USM-285
Rev. 03/21

(3)