IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RECO D. MANNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-23-137-R |
| | ) |
| CORE CIVIC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation [Doc. 26] in this matter. Judge Green recommended Plaintiff's suit be dismissed for lack of subject matter jurisdiction. Doc. 26 at 6. Plaintiff did not object to the Report and Recommendation in a timely manner.

The Court ADOPTS the Report and Recommendation in its entirety. Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED** this 20th day of February 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE